FILED BY _____ D.C.

05 JUN 22 AM 11:5_

UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

JOANN MONTGOMERY

VS

AMSOUTH BANK.

JUDGMENT IN A CIVIL CASE

CASE NO: 04-2197 M1/P

The parties having dismissed this action:

**IT IS SO ORDERED AND ADJUDGED** that, in accordance with the Stipulation of Dismissal With Prejudice filed June 21, 2005, this case is dismissed with prejudice with each party to bear its own costs and attorney's fees.

APPROVED:

_____
JON PHIPPS MCCALLA
UNITED STATES DISTRICT COURT

June 21, 2005
Date

**THOMAS M. GOULD**
_____
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6/22/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:04-CV-02197 was distributed by fax, mail, or direct printing on June 22, 2005 to the parties listed.

---

Bradley W. Eskins
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Steven Hymowitz
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Charles A. Sevier
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT